# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 4, 2026

*Before*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| Nos. 26-2190 & 26-2191 | MATTHEW DALY,<br>Plaintiff – Appellee/Cross – Appellant<br><br>v.<br><br>WEST MONROE PARTNERS, INC., et al.,<br>Defendants – Appellants/Cross – Appellees |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-06805<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE AND MOTION FOR ELECTRONIC FILING AND NOTICING ACCESS**, filed on August 21, 2026, by Shiyang Huang,

**IT IS ORDERED** that the motion is **DENIED**.